UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CAROL L. WILEY,

        Plaintiff,

v.                                              CASE NO. 8:07-CV-1271-T-17TGW

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

        Defendant.

_____/

ORDER

This cause is before the Court on:

Dkt. 14 Report and Recommendation

This case is a review of the final decision of the Commissioner of Social Security denying claims for Social Security disability benefits and supplemental security income payments.

The assigned Magistrate Judge entered a Report and Recommendation (Dkt. 14) in which it is recommended that the decision be reversed and this matter remanded for further proceedings because the decision of the Commissioner of Social Security is not adequately explained, and does not address significant items of evidence.

In the Report and Recommendation, the assigned Magistrate Judge found that the Administrative Law Judge did not adequately address Plaintiff's alleged impairments, which include migraine headaches, cervical radiculopathy, arthritis, neuropathies, and carpal tunnel syndrome. There is record evidence which supports

Case No. 8:07-CV-1271-T-17TGW

the existence of these impairments. The Administrative Law Judge did not discuss the above impairments, did not decide whether any of the impairments constitutes a severe impairment, and did not explain the reasons that he concluded that the above impairments do not impose any functional limitations. The above impairments are in addition to Plaintiff's three severe impairments of degenerative disc disease, non-insulin dependent diabetes and hypertension.

The Administrative Law Judge relied on the grids to determine that Plaintiff was not disabled. Because there is record evidence of other non-exertional impairment which may significantly limit Plaintiff's basic work skills, it is not clear that exclusive reliance on the grids is appropriate, or that the testimony of a vocational expert is required to correctly decide this case.

The Court has independently reviewed the pleadings, including the Administrative Record in this case. No objections to the Report and Recommendation have been filed. After consideration, the Court adopts and incorporates the Report and Recommendation by reference. Accordingly, it is
   ORDERED that the Report and Recommendation is **adopted** and incorporated by reference. It is further

ORDERED that the decision of the Commissioner denying claims for disability benefits and supplemental security income benefits is **reversed**, and this case is **remanded** for further proceedings. The Clerk of Court shall enter judgment for Plaintiff and close this case.

Case No. 8:07-CV-1271-T-17TGW

DONE and ORDERED in Chambers, in Tampa, Florida on this 6th day of August, 2008.

ELIZABETH A. KOVACHEVICH
United States District Judge

Copies to:
All parties and counsel of record